IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IULIAN BODNARI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:24-163 |
| ) | Judge Nora Barry Fischer |
| LEONARD ODDO, WARDEN, et. al., ) | Magistrate Judge Keith A. Pesto |
| ) | |
| Respondents. ) | |

**MEMORANDUM ORDER**

AND NOW, this 29th day of September, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on February 3, 2025, (Docket No. 25), recommending that Petitioner Iulian Bodnari's amended § 2241 petition challenging his immigration detention be dismissed because both parties have confirmed that he has been released from immigration custody and stating that objections for non-ECF users such as Petitioner were due by February 20, 2025, and no objections having been filed as of the date of this Memorandum Order, this matter having been recently reassigned to the undersigned for prompt disposition of the matter, and upon independent review of the record and de novo consideration of the Magistrate Judge's February 3, 2025 Report and Recommendation, (Docket No. 25), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Amended § 2241 Petition (Docket No. 11) is dismissed, with prejudice, as moot and no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila.*

1

*FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition […] need not obtain a certificate of appealability"); and,

    IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:    IULIAN BODNARI
       64 Lobachsville Road
       Fleetwood, PA 19522 (via first class mail)